# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No.  3:16CR107 |
| | ) | |
| | ) | |
| LATICHA SCHROYER | | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was sentenced to a five year term of Supervised Release on September 12, 2018. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this __24__ day of __MAY__, 2021

_____
The Honorable Thomas M. Rose
United States District Court Judge